

THE ATTORNEY GENERAL
OF TEXAS

AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

March 3, 1959

Honorable Zollie Steakley
Secretary of State
Capitol Station
Austin, Texas

Opinion No. WW - 562

Re: Authority of the Secretary
of State to accept and file
Articles of Incorporation
which contain a stated pur-
pose clause and related
questions.

Dear Mr. Steakley:

You have inquired concerning whether a charter should be filed containing the following purpose clause:

"To sell prearranged or prepaid funeral services or funeral merchandise (including caskets, grave vaults, and all other articles of merchandise incident- al to a funeral service) in this state under a sales contract providing for prepaid burial or funeral bene- fits or merchandise to be delivered at an undetermined future date dependent upon the death of the contracting party".

I respectfully direct your attention to Opinion of Attorney General Mann No. 0-2736 written by Ardell Williams. I think this opinion in its answer to the third question there discussed will resolve the problem with which you are concerned. As I understand your question, your office feels that you may be precluded from filing this charter because the business described within the purpose clause may fall within the pur- view of Article 14.37 of the Insurance Code, requiring burial associations to organize under Chapter 12 of the Insurance Code and be regulated under Chapter 14 of that Code. Article 14.37 is a codification of Section 23, Senate Bill 135, Acts 46th Legislature. The third question discussed in Opinion 0-2736 concerns an activity which would be within the purview of the proposed purpose clause. That opinion holds that such an activity is not governed by Section 23, Senate Bill 135. However, you must require the purpose clause to be amended to add the following restrictive alnguage:

"Provided however, that this corporation shall not engage in business as an insurance company or as a burial association".

The corporation must, however, comply with Article 548.b, Vernon's Civil Statutes.

Very truly yours,

WILL WILSON
Attorney General of Texas

By _Wallace P. Finfrock_

Wallace P. Finfrock
Assistant Attorney General

WPF:aw

APPROVED:

OPINION COMMITTEE:

Geo. P. Blackburn, Chairman

Marietta McGregor Payne
Marvin Thomas

REVIEWED FOR THE ATTORNEY GENERAL
BY:
 W. V. Geppert